XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General
DAVID A. ELIGATOR
Deputy Attorney General
California State Bar No. 172690
    455 Golden Gate Ave., Suite 11000
    San Francisco, California 94102
    Tel: (415) 703-2982
    Fax: (415) 703-5480
    Email: David.Eligator@doj.ca.gov

Attorneys for the People of the State of California

FILED 2018 MAR 22 PM 12:26 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

Lodged Proposed Order

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* [UNDER SEAL], <br><br> Plaintiff(s), <br><br> v. <br><br> [UNDER SEAL], <br><br> Defendant(s). | No. SACV 17-00460 JLS(KESx) <br><br> NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE <br><br> **[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]** <br><br> [LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>JACQUELINE DALE<br>Supervising Deputy Attorney General<br>DAVID A. ELIGATOR<br>Deputy Attorney General<br>California State Bar No. 172690<br>    455 Golden Gate Ave., Suite 11000<br>    San Francisco, California 94102<br>    Tel: (415) 703-2982<br>    Fax: (415) 703-5480<br>    Email: David.Eligator@doj.ca.gov | |

Attorneys for the People of the State of California

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* PAUL DALIDA,<br><br>    Plaintiffs,<br><br>v.<br><br>DHS CONSULTING, INC.,<br><br>    Defendant. | No. SACV 17-00460 JLS(KESx)<br><br>NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE<br><br>**[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]**<br><br>[LODGED CONCURRENTLY UNDER SEAL: [PROPOSED] ORDER] |

Pursuant to the California False Claims Act, Cal. Gov. Code § 12652(c)(6), the People of the State of California ("California") notifies the Court of its decision not to intervene in the above-captioned action ("this action"). On November 15, 2017, pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America ("United States", and together with California, the "Governments") previously filed its Notice of Election to Decline Intervention.

Although the Governments decline to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the qui tam plaintiff Paul Dalida (the "relator") to maintain this action in the name of the United States, provided, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. U.S. ex rel. Green v. Northrop Corp., 59 F.3d 953, 959 (9th Cir. 1995); U.S. ex rel. Killingsworth v. Northrop Corp., 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the Governments request that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties provide the Governments with notice of the same, and the Court provide the Governments with an opportunity to be heard before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1), the Governments request that all pleadings filed in this action be served upon the Governments; the Governments also request that orders issued by the Court in this action be sent to the Governments' counsel. The Governments reserve their right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of this action or any claims therein. The Governments also request that they be served with all notices of appeal in this action.

Finally, California, the United States, and the relator stipulate that the relator's Complaint, this Notice, the Notice of Election by the United States to Decline

Intervention, and the accompanying proposed Order should be unsealed. California, the United States, and the relator further stipulate that all other papers filed or lodged to date in this action should remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the Governments' investigation, and, thereby, evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order is lodged concurrently herewith.

Respectfully submitted,

Dated: March 2⎯, 2018

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General

_____
DAVID A. ELIGATOR
Deputy Attorney General
Attorneys for the People of the State of California

Dated: March 16, 2018

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

_____
KENT A. KAWAKAMI
Assistant United States Attorney
Attorneys for the United States of America

Dated: March 21, 2018

MAHANY LAW

_____
KATHERINE M. HOLIDAY
Attorneys for Relator

Joseph M. Tully, CA Bar # 201187
Local Counsel for Ms. Holiday

- 3 -

# DECLARATION OF SERVICE BY E-MAIL

Case Name: **UNDER SEAL v. UNDER SEAL**
Case No.: **SACV 17-00460 JLS (KESx)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>March 22, 2018</u>, I served the attached **NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF THE CASE** by transmitting a true copy via electronic mail.

Joseph M. Tully
Tully & Weiss
713 Main Street
Martinez, CA 94553
joseph@josephtully.com

Katherine M. Holiday
8112 West Bluemound Rd, #101
Wauwatosa, WI 53213
kholiday@mahanylaw.com

Kent Kawakami
Ofc US Attorney
300 N Los Angeles St Ste 7516
Los Angeles, CA 90012
kent.kawakami@usdoj.gov

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 22, 2018, at San Francisco, California.

| M. San | [signature] |
|---|---|
| Declarant | Signature |

SF2017304007
41962975.docx