XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General
DAVID A. ELIGATOR
Deputy Attorney General
California State Bar No. 172690
    455 Golden Gate Ave., Suite 11000
    San Francisco, California 94102
    Tel: (415) 703-2982
    Fax: (415) 703-5480
    Email: David.Eligator@doj.ca.gov

Attorneys for the People of the State of California

FILED
CLERK, U.S. DISTRICT COURT
MAR 23 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* PAUL DALIDA,<br><br>    Plaintiffs,<br><br>    v.<br><br>DHS CONSULTING, INC.,<br><br>    Defendant. | No. SACV 17-00460 JLS(KESx)<br><br>[~~PROPOSED~~] ORDER RE ELECTION BY THE UNITED STATES AND THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND UNSEALING OF CASE<br><br>[FILED UNDER SEAL PURSUANT TO THE FALSE CLAIMS ACT, 31 U.S.C. §§ 3730(b)(2) AND (3)]<br><br>[FILED CONCURRENTLY UNDER SEAL: NOTICE OF ELECTION BY THE PEOPLE OF THE STATE OF CALIFORNIA TO DECLINE INTERVENTION AND STIPULATION RE UNSEALING OF CASE] |

The United States of America ("United States") and the People of the State of California ("California") having declined to intervene in the above-captioned action ("this action") pursuant to 31 U.S.C. § 3730(b)(4)(B) and Cal. Gov. Code § 12652(c)(6), and the United States, California, and qui tam plaintiff Paul Dalida (the "relator") having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

IT IS ORDERED that:

1. The seal is lifted from this action in all respects, except as specified in Paragraph 3 below. The Complaint is unsealed and the relator shall serve it upon the defendant;

2. This Order, the Notice of Election by California to Decline Intervention and Stipulation re Unsealing of Case, and the Notice of Election by the United States to Decline Intervention are unsealed, and the relator shall serve them upon the defendant with the Complaint;

3. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person;

4. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order;

5. The parties shall serve all pleadings, notices, motions, orders, and other papers hereafter filed or lodged in this action, including supporting memoranda and any notice of appeal, upon the United States and California as provided for in 31 U.S.C. § 3730(c)(3) and Cal. Gov. Code § 12652(f)(1);

6. Should the relator or defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide the United States and

///
///
///

California with notice of the same and the Court will provide the United States and California with an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

Dated: March 23, 2018

_____
UNITED STATES DISTRICT JUDGE