NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section
KENT A. KAWAKAMI (Cal. Bar No. 149803)
Assistant United States Attorney
     Room 7516, Federal Building
     300 N. Los Angeles Street
     Los Angeles, California 90012
     Tel: (213) 894-4858
     Fax: (213) 894-7819
     Email: kent.kawakami@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, AND THE PEOPLE OF THE STATE OF CALIFORNIA, *ex rel*. PAUL DALIDA,<br><br>        Plaintiffs,<br><br>        v.<br><br>DHS CONSULTING, INC.,<br><br>        Defendant. | No. SACV 17-00460 JLS(KESx)<br><br>UNITED STATES' AND PEOPLE OF THE STATE OF CALIFORNIA'S CONSENT TO DISMISSAL OF ACTION |

1  In the interests of justice, the Attorney General of the United States of America
2  ("United States"), and the Attorney General of the State of California ("California"),
3  through their undersigned attorneys, hereby consent to the dismissal of this action
4  without prejudice as to the United States and to California.

Respectfully submitted,

Dated: April 27, 2018

NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
DAVID K. BARRETT
Assistant United States Attorney
Chief, Civil Fraud Section

　/s/ *Kent A. Kawakami*
KENT A. KAWAKAMI
Assistant United States Attorney
Attorneys for the United States of America

Dated: April 27, 2018

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General

　/s/ *David A. Eligator*
DAVID A. ELIGATOR
Deputy Attorney General
Attorneys for the People of the State of California

## SIGNATURE ATTESTATION

As the attorney e-filing this document, I hereby attest that counsel for the People of the State of California has concurred in this filing.

Respectfully submitted,

Dated: April 27, 2018

　/s/ *Kent A. Kawakami*
KENT A. KAWAKAMI
Assistant United States Attorney